[No. 18776.    Department Two.    December 9, 1924.]

O. A. DAHL, *Respondent*, v. NAVY YARD ROUTE, *Appellant*.[1]

DAMAGES (80)—EXCESSIVE DAMAGES—INJURIES TO PERSON. A verdict for $2,600 for personal injuries will not be held excessive where plaintiff suffered a sacro-iliac sprain, and there was a conflict in the expert evidence as to whether or not other infirmities were the result of the sprain.

Appeal from a judgment of the superior court of King county, Tallman, J., entered January 23, 1924, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries. Affirmed.

*Bronson, Robinson & Jones*, for appellant.

*F. W. Moore* and *Tucker, Hyland & Elvidge*, for respondent.

MACKINTOSH, J.—The only matter seriously argued in this personal injury action is that the jury returned a verdict in an excessive amount. The testimony shows

[1] Reported in 230 Pac. 1119.

that the plaintiff suffered a sacro-iliac sprain, and the amount of compensation awarded him was $2,600. The medical men called to testify by the respective parties differed somewhat as to whether other infirmities of the respondent were or were not the result of this sprain. On this conflicting testimony, the jury were at liberty to choose that which best satisfied their minds and consciences, and evidently determined that the initial injury occasioned the pain and suffering of which the respondent complains.

While the verdict is apparently fully compensatory, it is not so large that we are at liberty to substitute our estimate of what the monetary recompense should be for that of the jury.

The judgment is affirmed.

MAIN, C. J., HOLCOMB, FULLERTON, and MITCHELL, JJ., concur.